UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STACEY ALDARONDO,

                              Plaintiff,

  - against -

SERVICE TIRE TRUCK CENTER, INC., and
THEODORE MENDRALA JR.,

                              Defendants.
-------------------------------------------------------------x

**ORDER**

No. 23-CV-9870 (CS)

<u>Seibel, J.</u>

      For reasons set forth on the record today, there is no basis for venue in the Southern District of New York. Upon Defendants' application, it is hereby ORDERED that this case be transferred forthwith to the United States District Court for the District of Massachusetts. The waiting period of Local Rule 83.1 shall not apply.

**SO ORDERED.**

Dated: December 20, 2023
       White Plains, New York

                                                 _____
                                                   CATHY SEIBEL, U.S.D.J.